COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-03-169-
CV

IN RE FORT WORTH OSTEOPATHIC RELATOR

HOSPITAL, INC. D/B/A OSTEOPATHIC

MEDICAL CENTER OF TEXAS

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus 
and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

Relator shall pay all costs of this original proceeding
, for which let execution issue.

PER CURIAM

PANEL B: WALKER, DAY, and LIVINGSTON, JJ.

DAY, J., would grant.

DELIVERED: JULY 7, 2003

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.